MARY BEIER, Respondent, *v.* NELLIE M. SPAULDING, Appellant.

*Beier* v. *Spaulding*, 12 App. Div. 624, affirmed.
(Argued November 21, 1900; decided January 8, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 31, 1896, affirming a judgment in favor of plaintiff entered upon a verdict, and an order denying a motion for a new trial.

*Seward A. Simons* for appellant.

*Carleton H. White* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ.

---

THE PEEKSKILL, STATE CAMP AND MOHEGAN RAILROAD COMPANY, Appellant, *v.* THE VILLAGE OF PEEKSKILL, Respondent.

*Peekskill R. R. Co.* v. *Vil. of Peekskill*, 21 App. Div. 94, affirmed.
(Argued December 10, 1900; decided January 8, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered October 8, 1897, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term.

*C. Walter Artz* and *Frank Sullivan Smith* for appellant.

*Leverett F. Crumb, Franklin Couch* and *David Wiley Travis* for respondent.

Judgment affirmed, with costs, on authority of *Curtis* v. *Van Bergh* (161 N. Y. 47) and *Ward* v. *Hudson River Building Co.* (125 N. Y. 230).
Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, LANDON and WERNER, JJ. Not sitting: CULLEN, J.